UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TAMARA JEAN FARRELL, an individual, | ) ) ) |
| Plaintiff, | ) CASE NO.:1:22-cv-02368-LMM ) ) |
| vs. | ) ) |
| CRS CENTER TIC 1 LLC, a Delaware Limited Liability Company, | ) ) ) |
| Defendant. | ) ) ) |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff and Defendant, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to dismiss this action and all claims with prejudice. Each party shall bear its respective fees and costs.

Dated: August 22, 2022

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| /s/ John A. Moore | /s/ Evan M. Rosen |
| John A. Moore, Esq. | Evan M. Rosen, Esq. |
| Georgia Bar No: 519792 | Georgia Bar No. 649716 |
| The Moore Law Group, LLC | Jackson Lewis, P.C. |
| 1745 Martin Luther King, Jr. Drive | 171 17th Street, N.W., Suite 1200 |
| Atlanta, Georgia 30314 | Atlanta, Georgia 30363 |
| Tel: (678) 288-5601 | Tel: (404) 586-1837 |
| Fax: (888) 553-0071 | Fax: (404) 525-1173 |
| jmoore@moorelawllc.com | evan.rosen@jacksonlewis.com |
| *Counsel for Plaintiff* | *Attorney for Defendant* |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 22nd day of August 2022, I electronically filed the foregoing with the Clerk of Court by using CM/ECF system which will send notice of electronic filing to all counsel of record.

/s/ John A. Moore
John A. Moore, Esq.